IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JUAN SORIANO-BATISTA, )
)
Petitioner, )
)
v. ) CV 308-062
)
WALT WELLS, Warden, )
)
Respondent. )

---

**ORDER**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's petition filed pursuant to 28 U.S.C. § 2241 is **DENIED**, and this civil action is **CLOSED**.

SO ORDERED this 3rd day of October, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] In lieu of filing objections, Petitioner filed a motion to dismiss the above-captioned petition without prejudice. (Doc. no. 15). Petitioner's motion to dismiss states nothing more than he would like his petition dismissed without prejudice; the motion in no way challenges the Report and Recommendation. Accordingly, the Court will adopt the Report and Recommendation, and thus, Petitioner's motion to dismiss is **MOOT**.